IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| C&J SECURITY SERVICES, INC. | ) | Case No. 24-11886-BFK |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| | ) | |

### NOTICE OF TRUSTEE'S OBJECTION TO
### CLAIM 8 FILED ON BEHALF OF TRUIST BANK

PLEASE TAKE NOTICE that Janet M. Meiburger, the Chapter 7 Trustee ("Trustee"), has filed a Trustee's Objection to Claim 8 filed on Behalf of Truist Bank (the "Objection"). The Objection requests that Claim 8 be disallowed as a secured claim and that it be disallowed as an unsecured claim unless information is provided to show how the amount of the claim was determined. A copy of the Objection is being sent to you with this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

NOTICE

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS OBJECTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE TRUSTEE WITHIN 30 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ISSUE AN ORDER GRANTING THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Attorney for Chapter 7 Trustee

                              Respectfully submitted,

                              THE MEIBURGER LAW FIRM, P.C.

Dated: June 20, 2025                By: /s/ Janet M. Meiburger
                                                Janet M. Meiburger, Esq. (VSB No. 31842)
                                                The Meiburger Law Firm, P.C.
                                                1487 Chain Bridge Road, Suite 200
                                                McLean, Virginia 22101
                                                (703) 556-7871
                                                Attorney for Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 20th day of June, 2025, a true and correct copy of the foregoing Notice of Trustee's Objection to Claim 8 filed on Behalf of Truist Bank will be served by ECF e mail pursuant to the applicable Standing Order of the Court, and by first class mail, postage prepaid on the following:

Corporation Service Company
100 Shockoe Slip Fl 2
Richmond, VA  23219-4100
*Registered Agent for Truist Bank*

Truist Bank, Support Services
P.O. Box 85092
Richmond, VA  23286

and by certified mail on the following:

William H. Rogers, Jr.
Chief Executive Officer
Truist Bank
214 N. Tryon St.
Charlotte, NC  28202

/s/ Janet M. Meiburger
Janet M. Meiburger

J:\Trustee\C&J Security Services, Inc. (24-11886)\Pleadings\Claim 8.Truist.Objection.1.Notice.1.docx