**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| C&J SECURITY SERVICES, INC. ) | Case No. 24-11886-BFK |
| ) | Chapter 7 |
| ) | |
| Debtor ) | |

**WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CLAIM 8 FILED ON BEHALF OF TRUIST BANK**

Janet M. Meiburger, Chapter 7 Trustee, by counsel, hereby withdraws the Trustee's Objection to Claim 8 Filed on behalf of Truist Bank (Docket No. 48) (the "Objection"), because the Objection has been resolved.

Respectfully submitted

THE MEIBURGER LAW FIRM, P.C.

Dated: July 1, 2025

By: /s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
1487 Chain Bridge Road, Suite 200
McLean, Virginia 22101
(703) 556-7871
Counsel to Chapter 7 Trustee

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Counsel to Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2025, a true and correct copy of the foregoing Withdrawal of Trustee's Objection to Claim 8 Filed on behalf of Truist Bank will be served by ECF e-mail pursuant to the applicable Standing Order of the Court, and by first class mail, postage prepaid on the following:

>Corporation Service Company
>100 Shockoe Slip Fl 2
>Richmond, VA  23219-4100
>*Registered Agent for Truist Bank*

>Truist Bank, Support Services
>P.O. Box 85092
>Richmond, VA  23286

and by email to Brian.Henley@truist.com.

>/s/ Janet M. Meiburger
>Janet M. Meiburger

J:\Trustee\C&J Security Services, Inc. (24-11886)\Pleadings\Claim 8.Truist.Objection.1.Withdrawal.1.docx